REQUEST FOR WARRANT ON FILING OF AN INDICTMENT

TO:   Clerk, United States District Court
      District of North Dakota

1:19-cr-084

    The Grand Jury returned an Indictment on June 5, 2019, against April Lynn Gearhart, a/k/a Reno, charging the following:

21 U.S.C. § 846 - Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (500 grams or more mixture)
18 U.S.C. § 1957 - Engaging in Monetary Transaction in Property Derived from Specified Unlawful Activity (Money Laundering)
18 U.S.C. § 2 - Aiding and Abetting
21 U.S.C. § 853 - Forfeiture

---

    It is requested that you prepare and deliver to the United States Marshal for the District of North Dakota a warrant directed to the above-named defendant.

☒    The United States will not be in a position to recommend conditions of release until it has reviewed the bond study to be performed by Pretrial Services.

☐    The United States recommends that:

    ☐    Bail be set at $_____

    ☐    Defendant be detained without bail.

COMMENTS:

Dated: June 5, 2019

_____
DREW H. WRIGLEY
United States Attorney