Case 1:19-cr-00084-DLH *SEALED*   Document 4   Filed 06/05/19   Page 1 of 2

Local AO 442 (Rev. 10/11) Arrest Warrant

RECEIVED
UNITED STATES MARSHALS
JUN 05 2019
DISTRICT OF NORTH DAKOTA

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

United States of America
v.

April Lynn Gearhart,
a/k/a Reno

*Defendant*

Case No.   1:19-cr-084

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  April Lynn Gearhart,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute a Controlled Substance (500 grams or more - mixture)
Forfeiture Allegation
Engaging in a Monetary Transaction in Property Derived from Specified Unlawful Activity (Money Laundering)
Aiding and Abetting

Date:   06/05/2019

/s/ Anja Miller
*Issuing officer's signature*

City and state:   Bismarck, ND

Anja Miller, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 7/15/2019, and the person was arrested on *(date)* 7/15/2019 at *(city and state)* Williston, ND. |
| Date: 7/15/2019 |
| *Arresting officer's signature* |
| Randy Larkin, FBI, Special Agent |
| *Printed name and title* |